```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07890
    LINDA FORD
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2933

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/05/2006 and was confirmed 10/26/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was completed - no discharge 12/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED     NOT FILED              .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED       1165.40              .00       1165.40
AMERICASH LOANS LLC       UNSECURED        603.43              .00        603.43
BANK OF MARIN             UNSECURED     NOT FILED              .00           .00
INSTA CASH                UNSECURED     NOT FILED              .00           .00
INSTANT CASH ADVANCE      UNSECURED     NOT FILED              .00           .00
NATIONAL QUICK CASH       UNSECURED     NOT FILED              .00           .00
PAYDAY LOAN CORPORATE OF  UNSECURED        676.99              .00        676.99
PAYDAY LOAN CORP OF ILLI  UNSECURED     NOT FILED              .00           .00
UPTOWN CASH               UNSECURED     NOT FILED              .00           .00
CAPITAL ONE               UNSECURED           .00              .00           .00
AMERICAN GENERAL FINANCE  SECURED         1280.77           148.66       1280.77
LEGAL REMEDIES CHARTERED  DEBTOR ATTY    1,314.00                        1,314.00
TOM VAUGHN                TRUSTEE                                          367.91
DEBTOR REFUND             REFUND                                           339.84

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS                  DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 5,897.00

PRIORITY                                                .00
SECURED                                            1,280.77
    INTEREST                                         148.66
UNSECURED                                          2,445.82
ADMINISTRATIVE                                     1,314.00
TRUSTEE COMPENSATION                                 367.91
DEBTOR REFUND                                        339.84
                        --------------           --------------
TOTALS                  5,897.00                   5,897.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07890 LINDA FORD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE